# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOANG MINH TRAN,<br>CDCR # AA-5994<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM GORE; SHARLA EVERT;<br>DAVID M. GILL; SIMON HERNANDEZ;<br>CARL BREWER; GEORGE DOWNS;<br>JEFFREY DUNTRA; DANIEL CRUZ;<br>CHRISTINE FIERRO; MELISSA GARCIA;<br>STEPHEN WINSON; OMAR ORTEGA,<br><br>Defendants. | Civil No.   10cv1323 BTM (WMc)<br><br>**ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL WITHOUT PREJUDICE** |

Plaintiff, a state inmate currently incarcerated at California Men's Colony in San Luis Obispo, California, and proceeding pro se, has filed a civil rights Complaint pursuant to 42 U.S.C. § 1983. Currently before the Court is Plaintiff's second Motion for Appointment of Counsel [Doc. No. 8].

**I.   MOTION FOR APPOINTMENT OF COUNSEL [Doc. No. 8]**

Plaintiff requests the appointment of counsel to assist him in prosecuting this civil action. The Constitution provides no right to appointment of counsel in a civil case, however, unless an indigent litigant may lose his physical liberty if he loses the litigation. *Lassiter v. Dept. of Social Services*, 452 U.S. 18, 25 (1981). Nonetheless, under 28 U.S.C. § 1915(e)(1), district courts are

granted discretion to appoint counsel for indigent persons. This discretion may be exercised only under "exceptional circumstances." *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991). "A finding of exceptional circumstances requires an evaluation of both the 'likelihood of success on the merits and the ability of the plaintiff to articulate his claims pro se in light of the complexity of the legal issues involved.' Neither of these issues is dispositive and both must be viewed together before reaching a decision." *Id.* (quoting *Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th Cir. 1986)).

The Court denies Plaintiff's request without prejudice, as neither the interests of justice nor exceptional circumstances warrant appointment of counsel at this time. *LaMere v. Risley*, 827 F.2d 622, 626 (9th Cir. 1987); *Terrell*, 935 F.2d at 1017.

## II. CONCLUSION AND ORDER

Good cause appearing, **IT IS HEREBY ORDERED**:

Plaintiff's Motion for Appointment of Counsel [Doc. No. 8] is **DENIED** without prejudice.

DATED: November 12, 2010

_____
Honorable Barry Ted Moskowitz
United States District Judge